UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSA MARQUEZ, Derivatively on Behalf of STARBUCKS CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>LAXMAN NARASIMHAN, RICHARD E. ALLISON, JR., ANDREW CAMPION, BETH FORD, MELLODY HOBSON, JORGEN VIG KNUDSTORP, NEAL MOHAN, DANIEL SERVITJE, MIKE SIEVERT, WEI ZHANG, SATYA NADELLA, and RACHEL RUGGERI,<br><br>        Defendants,<br><br>        and,<br><br>STARBUCKS CORPORATION,<br><br>        Nominal Defendant. | Case No: 2:25-cv-02725 JHC<br><br>**STIPULATION AND ORDER ACCEPTING SERVICE AND CONTINUING DEFENDANTS' RESPONSE THROUGH THE RESOLUTION OF ASHLEY ROSS AND ROSA MARQUEZ'S PENDING MOTION IN CONSOLIDATED ACTION TO: (1) VACATE THE LEADERSHIP ORDER, ECF NO. 14 AND (2) ENTER SCHEDULING ORDER FOR LEADERSHIP BRIEFING** |

    Plaintiff Rosa Marquez ("Plaintiff Marquez"), Defendants Laxman Narasimhan, Richard E. Allison, Jr., Andrew Campion, Beth Ford, Mellody Hobson, Jorgen Vig Knudstorp, Neal Mohan, Daniel Servitje, Mike Sievert, Wei Zhang, Satya Nadella, and Rachel Ruggeri (the "Individual Defendants") and Nominal Defendant Starbucks Corporation ("Starbucks" and with the

STIPULATION & ORDER - 1
(Case No. 2:25-cv-02725-JHC)

Individual Defendants, "Defendants" and Defendants with Plaintiff Marquez, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation.

WHEREAS, on October 21, 2024, Plaintiff Katherine King filed a shareholder derivative action in this Court on behalf of Nominal Defendant Starbucks against the Individual Defendants alleging, inter alia, violations of federal securities laws and breaches of fiduciary duty (the "*King* Action");

WHEREAS, on December 2, 2024, Portia McCollum filed a shareholder derivative action in this Court on behalf of Nominal Defendant Starbucks against the Individual Defendants alleging, inter alia, violations of federal securities laws and breaches of fiduciary duty based upon the same facts and circumstances as those underlying the *King* Action (the "*McCollum* Action");

WHEREAS, on January 3, 2025, the Court entered an order (the "Consolidation Order") consolidating the *King* Action and the *McCollum* Action, and appointed The Brown Law Firm, P.C. and Rigrodsky Law, P.A. as Co-Lead Counsel for Plaintiffs in the consolidated action, which is captioned *In re Starbucks Corporation Stockholder Derivative Litigation*, Lead Case No. 2:24-cv-01720-JHC (now, the "Consolidated Action");

WHEREAS, on December 30, 2025, Plaintiff Marquez filed a shareholder derivative action in this Court on behalf of Starbucks and against the Individual Defendants, captioned *Marquez v. Narasimhan, et al.*, Case No. 2:25-cv-02725-JHC (the "*Marquez* Action"), alleging violations of federal securities laws and breaches of fiduciary duty. *Marquez* Action, ECF No. 1;

WHEREAS, on January 1, 2026, Plaintiff Marquez served Starbucks and thereafter filed proof of service on January 13, 2026. *Marquez* Action, ECF No. 7;

WHEREAS, on January 16, 2026, Plaintiff Marquez along with plaintiff Ashley Ross in the related action captioned *Ross v. Narasimhan, et al.*, Case No. 2:25-cv-02584-JHC, filed a motion to vacate the order appointing The Brown Law Firm, P.C. and Rigrodsky Law, P.A. as co-lead counsel in the Consolidated Action and to set a schedule for the briefing of leadership motions (the "Motion to Vacate"). *Consolidated Action*, ECF No. 23;

STIPULATION & ORDER - 2
(Case No. 2:25-cv-02725-JHC)

WHEREAS, on January 30, 2026, the Court entered an order in the Consolidated Action staying all deadlines, including any deadline for Defendants to respond to any complaint, pending the Court's adjudication of the Motion to Vacate (the "Order Staying the Matter"), Consolidated Action, ECF No. 29;

WHEREAS, Consolidation Order ¶ 8 provides that "[t]his Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or events as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court." Consolidated Action, ECF No. 14;

WHEREAS, the *Marquez* Action alleges violations of law and involves questions of law and fact that are substantially similar to tjjhose alleged in the Consolidated Action;

WHEREAS, in the interest of judicial economy and the prevention of confusion, the *Marquez* Action has thus been consolidated into the Consolidated Action for all purposes by operation of law, Consolidated Action, ECF No. 14 (order applies "to each related shareholder derivative action involving the same or substantially the same allegations");

WHEREAS, in light of the pending Motion to Vacate, Plaintiff Marquez and Defendants have conferred;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, their undersigned counsel, subject to approval of the Court, as follows:

1. The *Marquez* Action is or shall be hereby consolidated into the Consolidated Action for all purposes, including pre-trial proceedings and trial, under consolidated Case No. 2:24-cv-1720-JHC (the "Consolidated Derivative Action");

2. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

STIPULATION & ORDER - 3
(Case No. 2:25-cv-02725-JHC)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE STARBUCKS CORPORATION DE-RIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 2:24-cv--1720-JHC<br><br>(Consolidated with Case Nos. 2:24-cv-01979, 2:26-cv-00240, 2:25-cv-02725) |

3.  All papers filed in connection with the Consolidated Action shall be maintained in one file under Master File No. 2:24-cv-01720-JHC.

4.  The Individual Defendants hereby accept service of the complaint filed in the *Marquez* Action.

5.  Defendants are not required to answer, move against, or otherwise respond to the complaint in the *Marquez* Action until the resolution of the pending Motion to Vacate.

6.  If the Motion to Vacate is granted, Defendants shall meet and confer with the Court-appointed lead counsel in the Consolidated Action and submit a proposed schedule within fourteen (14) days of the Court's appointment of lead counsel following leadership briefing.

7.  The Parties reserve any and all claims, defenses, arguments, motions, or any requests for relief that would otherwise be available.

STIPULATION & ORDER - 4
(Case No. 2:25-cv-02725-JHC)

**IT IS SO STIPULATED.**

Dated: May 22, 2026

Respectfully Submitted,

**CORR CRONIN LLP**


*s/ Colin George*
Colin George, WSBA No. 45131
1015 Second Avenue, Floor 10
Seattle, WA 98104
Telephone: (206) 501-3544
cgeorge@corrcronin.com

*Local Counsel for Plaintiff*

**GLANCY PRONGAY WOLKE & ROTTER LLP**
Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth Floor
New York, New York 10151
Tel: (212) 935-7400
bsachsmichaels@glancylaw.com

        -and-

Robert V. Prongay
Pavithra Rajesh
1924 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
rprongay@glancylaw.com
prajesh@glancylaw.com

*Counsel for Plaintiff Rosa Marquez*

            s/ *Tyler K. Lichter*
        **K&L GATES LLP**
        Kari L. Vander Stoep, WSBA #35923
        Tyler K. Lichter, WSBA #51090
        925 Fourth Avenue, Suite 2900
        Seattle, Washington 98104-1158
        Tel: +1 206 623 7580
        Fax: +1 206 623 7022
        Email: Kari.Vanderstoep@klgates.com
                Tyler.Lichter@klgates.com

STIPULATION & ORDER - 5
(Case No. 2:25-cv-02725-JHC)

**LATHAM & WATKINS LLP**
WHITNEY B. WEBER (*pro hac vice* forthcoming)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415 391-0600
Whitney.weber@lw.com

ANDREW B. CLUBOK (*pro hac vice* forthcoming)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202 637-3309
Fax: 202 637-2201
Andrew.clubok@lw.com

MICHELE D. JOHNSON (*pro hac vice* forthcoming)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714 540-1235
Fax: 755 540-8290
Michele.johnson@lw.com

*Counsel for Defendants*

STIPULATION & ORDER - 6
(Case No. 2:25-cv-02725-JHC)

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated: May 26, 2026.

_____

John H. Chun
United States District Judge

STIPULATION & ORDER - 7
(Case No. 2:25-cv-02725-JHC)